IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-02251-RM-KLM

KENNEECE HALEY,

    Plaintiff,

v.

WILLIAMS & FUDGE, INC., a South Carolina corporation,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Notice of Dismissal with Prejudice (ECF No. 7) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 22nd day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge